IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN HALL,** | CIV S-07-2293 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **T. FELKER, et al.,** | |
| Respondents. | |

Respondent has requested an enlargement of time to file a response to petitioner's petition. GOOD CAUSE APPEARING, respondent's request for 30 days to January 2, 2008, to prepare and file a response to the petition is hereby GRANTED.

DATED: November 30, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/hall2293.111