IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BENJAMIN HALL,** | 2:07-cv-2293 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **T. FELKER, et al.,** | |
| Respondents. | |

On December 26, 2007, respondents filed a second request for an extension of time to submit a response to petitioner's petition for writ of habeas corpus. GOOD CAUSE APPEARING, respondents' request for fifteen days to and including January 17, 2008, to prepare a response to the petition is hereby GRANTED.

DATED: January 3, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/hall2293.111(2)