UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN HALL, )<br>  )<br>  Petitioner, )<br>  )<br>  v. )<br>  )<br> T. FELKER, et al. )<br>  )<br>  Respondents. )<br> _____) | No. CV 07-2293 RT<br><br>ORDER DENYING PETITIONER BENJAMIN HALL'S CERTIFICATE OF APPEALABILITY |

On November 17, 2009, petitioner Benjamin Hall's ("Hall") filed a Notice of Appeal and a request for a Certificate of Appealability pursuant to 28 U.S.C. § 2253. The Court has reviewed the matter. IT IS HEREBY ORDERED that the Certificate of Appealability is DENIED for the following reason: there has been no substantial showing of the denial of a constitutional right.

Dated: January 11, 2011         ROBERT J. TIMLIN
_____
THE HONORABLE ROBERT J. TIMLIN, JUDGE

1